IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:06CR238

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| CHRISTOPHER JEROME WIGGINS | ) | |

**THIS MATTER** is before the Court on the Defendant's motion to dismiss.

A review of the motion indicates that a response from the Government is necessary to resolve the issues raised by the Defendant.

**IT IS, THEREFORE, ORDERED** that the Government file response to the Defendant's motion to dismiss on or before **JUNE 4, 2007.**

Signed: May 18, 2007

Lacy H. Thornburg
United States District Judge