

**North Carolina Western
MEMORANDUM**

**Date:** July 25, 2007

**To:** U.S. Magistrate Judge Dennis L. Howell

**From:** Jeffery W. Naber

**Subject:** Christopher Jerome Wiggins
Docket No. 1:06CR238

---

**Court History:** On 7/9/07 Christopher Jerome Wiggins appeared before Your Honor and pled guilty to Felony Fleeing to Elude Arrest and Reckless Driving. A presentence report was ordered. The defendant will appear before U.S. District Court Judge Lacy H. Thornburg for sentencing after completion of the presentence report.

**Current Status of Investigation:** Mr. Wiggins has a significant juvenile criminal record in North Carolina. The State of North Carolina requires a Court Order to release juvenile justice information.

By indicating below the Court will order the North Carolina courts and/or juvenile justice agencies to open files relating to this defendant and allow information to be obtained by the U.S. Probation Office for purposes of the presentence report. This authority would terminate upon completion of the presentence report.

**SO ORDERED:**

_____  July 25, 2007
Dennis L. Howell          Date
U.S. Magistrate Court Judge